UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

STUART TIEKERT,

Plaintiff,

- against -

VILLAGE OF MAMARONECK, *ET AL.*,

Defendants.

-------------------------------------------------------------x

**ORDER ON MOTION TO DISMISS**

No. 23-CV-8714 (CS)

Seibel, J.

For the reasons set forth on the record at the July 29, 2026 conference, Defendant Charlotte Mountain's motion to dismiss, (ECF No. 76), is GRANTED, and Defendant Thomas Murphy's motion to dismiss, (ECF No. 74), is DENIED. No later than August 5, 2026, Mr. Higbie is ordered to show cause why the citations and quotations that I described during the bench ruling do not violate Federal Rule of Civil Procedure 11, including how they came to be included in his papers, why he failed to confirm their veracity before including them, and what tools were used to prepare his papers. Defendants' response, if any, to Plaintiff's submission in response to the order to show cause is due by August 12, 2026. The Clerk of Court is respectfully directed to terminate ECF Nos. 74 and 76 and to terminate Charlotte Mountain as a defendant.

**SO ORDERED.**

Dated: July 29, 2026
White Plains, New York

Cathy Seibel

CATHY SEIBEL, U.S.D.J.